

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-279-CV

NYAGUDI O. OKUMU                                      APPELLANT
                                                     AND APPELLEE

V.

WELLS FARGO BANK, N.A.                                APPELLEE
                                                     AND APPELLANT

----------

### FROM PROBATE COURT NO. 2 OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1]  AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss Appeal," seeking dismissal of both the appeal and the cross-appeal.  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal and the cross-appeal.  *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

                                          PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  May 27, 2010

---

[1]*See* Tex. R. App. P. 47.4.